IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10027 CMB |
| | : | |
| KARL WILLIAM KROUSE AND | : | HONORABLE CARLOTA M. BÖHM |
| BETTY CORINNE KROUSE, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| | : | |

## EMPLOYEE INCOME RECORD

    Attached hereto are the Debtor, Karl William Krouse's available paystubs.  Debtor, Betty Corinne Krouse, has no income from wages.

                        Respectfully submitted,

                        THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
          Michael S. Jan Janin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania 16506-4508
          Telephone: 814-833-2222, Ext. 1045
          Facsimile: 814-833-6753
          mjanjanin@quinnfirm.com
          Counsel for Debtors

1694063

1/14/25, 2:01 PM

ADP Workforce Now - Pay Profile

## Pay Summaries - Rollup Totals

Name Krouse, Karl W

| | Year & Week | Pay Date | Period End Date | Gross | Net | Check / Voucher # | Co / File # |
|---|---|---|---|---|---|---|---|
| 📄 | 2025 - 01 - 1 | 01/03/2025 | 12/29/2024 | $156.52 | $116.71 | 24997014 | B18/103764 |
| 📄 | 2024 - 52 - 1 | 12/27/2024 | 12/22/2024 | $123.18 | $91.64 | 24996116 | B18/103764 |
| 📄 | 2024 - 51 - 1 | 12/20/2024 | 12/15/2024 | $63.77 | $46.96 | 24995265 | B18/103764 |
| 📄 | 2024 - 50 - 1 | 12/13/2024 | 12/08/2024 | $69.94 | $51.59 | 24994457 | B18/103764 |
| 📄 | 2024 - 49 - 1 | 12/06/2024 | 12/01/2024 | $89.30 | $74.14 | 24993596 | B18/103764 |
| 📄 | 2024 - 48 - 1 | 11/29/2024 | 11/24/2024 | $156.51 | $116.20 | 24992844 | B18/103764 |
| 📄 | 2024 - 47 - 1 | 11/22/2024 | 11/17/2024 | $159.12 | $118.68 | 24991970 | B18/103764 |
| 📄 | 2024 - 46 - 1 | 11/15/2024 | 11/10/2024 | $123.66 | $92.00 | 24991151 | B18/103764 |
| 📄 | 2024 - 45 - 1 | 11/08/2024 | 11/03/2024 | $60.14 | $44.24 | 24990349 | B18/103764 |
| 📄 | 2024 - 44 - 1 | 11/01/2024 | 10/27/2024 | $62.32 | $45.87 | 24989624 | B18/103764 |
| 📄 | 2024 - 40 - 1 | 10/04/2024 | 09/29/2024 | $61.95 | $45.59 | 24986461 | B18/103764 |
| 📄 | 2024 - 39 - 1 | 09/27/2024 | 09/22/2024 | $122.21 | $90.92 | 24985697 | B18/103764 |
| 📄 | 2024 - 38 - 1 | 09/20/2024 | 09/15/2024 | $60.50 | $44.50 | 24984927 | B18/103764 |
| 📄 | 2024 - 37 - 1 | 09/13/2024 | 09/08/2024 | $121.85 | $90.62 | 24984108 | B18/103764 |
| 📄 | 2024 - 36 - 1 | 09/06/2024 | 09/01/2024 | $62.92 | $46.33 | 24983396 | B18/103764 |
| 📄 | 2024 - 35 - 1 | 08/30/2024 | 08/25/2024 | $172.06 | $128.40 | 24982559 | B18/103764 |
| 📄 | 2024 - 34 - 1 | 08/23/2024 | 08/18/2024 | $120.64 | $89.73 | 24981620 | B18/103764 |
| 📄 | 2024 - 33 - 1 | 08/16/2024 | 08/11/2024 | $63.16 | $46.52 | 24980965 | B18/103764 |
| 📄 | 2024 - 32 - 1 | 08/09/2024 | 08/04/2024 | $59.65 | $43.85 | 24980026 | B18/103764 |
| 📄 | 2024 - 31 - 1 | 08/02/2024 | 07/28/2024 | $124.27 | $92.45 | 24979306 | B18/103764 |
| 📄 | 2024 - 30 - 1 | 07/26/2024 | 07/21/2024 | $172.06 | $128.42 | 24978421 | B18/103764 |
| 📄 | 2024 - 29 - 1 | 07/19/2024 | 07/14/2024 | $219.25 | $163.89 | 24977610 | B18/103764 |
| 📄 | 2024 - 28 - 1 | 07/12/2024 | 07/07/2024 | $210.76 | $157.50 | 24976724 | B18/103764 |
| 📄 | 2024 - 27 - 1 | 07/05/2024 | 06/30/2024 | $109.26 | $81.18 | 24976293 | B18/103764 |
| 📄 | 2024 - 26 - 1 | 06/28/2024 | 06/23/2024 | $58.93 | $43.32 | 24975216 | B18/103764 |

https://workforcenow.adp.com/theme/index.html#/People/PeopleTabPayProfile    1/2

01/14/2025  02:57   8147267643                URC PAYROLL                                    PAGE  03/03
Case 25-10027-CMB    Doc 12    Filed 01/21/25    Entered 01/21/25 10:15:08    Desc Main
                              Document      Page 3 of 3

1/14/25, 2:01 PM                                    ADP Workforce Now • Pay Profile

| | 2024 - 26 - 1 | 06/28/2024 | 06/23/2024 | $0.00 | $0.00 | 00000000 | 818/103764 |
|---|---|---|---|---|---|---|---|
| | 2024 - 25 - 1 | 06/21/2024 | 06/16/2024 | $61.35 | $45.14 | 24974780 | 818/103764 |

### Earnings Summary

| | | |
|---|---|---|
| **Gross Pay** | | **$ 2,867.28** |
| Reg Day Hrs (field 3) | Hours: 156.31 | $ 1,891.37 |
| PTO (field 3) | Hours: 56.00 | $ 677.60 |
| Holiday Worked (field 3) | Hours: 16.27 | $ 295.31 |
| Call In OT (field 3) | Hours: 2.00 | $ 3.00 |

Total Hours Worked: 172.58

| | | |
|---|---|---|
| **Taxes** | | **$ 364.05** |
| Social Security | | $ 177.77 |
| Medicare | | $ 41.58 |
| State Worked In: Pennsylvania | Code: PA | $ 88.02 |
| SUI/SDI: Pennsylvania (Taxing) | Code: 59 | $ 2.00 |
| Locality Worked In: JOHNSONBURG BORO | Code: 8078 | $ 28.68 |
| Local 4: JOHNSONBURG BORO LST | Code: 4852 | $ 26.00 |

| | |
|---|---|
| **Deductions** | **$ 364.84** |
| 117 - 401k Pre-Tax | $ 86.04 |
| 71 - TAX LEVY | $ 31.60 |
| 72 - TAX LEVY | $ 237.46 |
| MIS - MISCELLANEOUS | $ 9.74 |

| | |
|---|---|
| **Take Home** | **$ 2,138.39** |

### Other Details

Memos

| | |
|---|---|
| 415 COMPEN | 2,867.28 |
| PTO Balance | 671.00 |
| TESTING COMP | 2,867.28 |
| 401K MAX EL | 2,867.28 |