# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karl William Krouse aka Carl Krouse, aka Karl Krause | CHAPTER 13 |
| Betty Corinne Krouse aka Betty Corinne Herzing, aka Betty Harzing, aka Betty Krause | BKY. NO. 25-10027 CMB |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
21 Jan 2025, 16:01:17, EST

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com