IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10027 CMB |
| | : | |
| KARL WILLIAM KROUSE AND | : | HONORABLE CARLOTA M. BÖHM |
| BETTY CORINNE KROUSE, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| KARL WILLIAM KROUSE AND | : | RELATED TO DOCUMENT NO. 11 |
| BETTY CORINNE KROUSE, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**ORDER**

AND NOW, to-wit, this 21st day of January, 2025, upon consideration of the Motion for Extension of Time for Filing of Schedules, Statements and Lists Under Chapter 13 of the Bankruptcy Code and Chapter 13 plan filed by the Debtors, Karl William Krouse and Betty Corinne Krouse, it is hereby ORDERED, ADJUDGED and DECREED that the Debtors are granted an extension of time of fifteen (15) days until February 12, 2025, to file their completed lists, schedules and statement of financial affairs and Chapter 13 plan. No further extensions will be granted.

**IT IS SO ORDERED.**

_Carlota M. Böhm_ **dmr**
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
1/21/25 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1694057

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-10027-CMB

Karl William Krouse  Chapter 13

Betty Corinne Krouse

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 1

Date Rcvd: Jan 21, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Karl William Krouse, Betty Corinne Krouse, 4408 Wilcox Road, Wilcox, PA 15870-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael S. Jan Janin | on behalf of Joint Debtor Betty Corinne Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Karl William Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4