IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **25-10027-CMB** |
| **Karl William Krouse** | : | |
| **Betty Corinne Krouse** | : | Chapter **13** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. **1** |
| **Karl William Krouse** | : | |
| **Betty Corinne Krouse** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Michael S. Jan Janin, Esquire 38880**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: _/s/ Michael S. Jan Janin, Esquire_
Signature
**Michael S. Jan Janin, Esquire 38880**
Typed Name
**2222 West Grandview Boulevard**
**Erie, PA 16506**
Address
**814-833-2222 Fax:814-833-6753**
Phone No.
**38880 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

```
Affirm, Inc.
ATTN: Bankruptcy
650 California Street, Floor #12
San Francisco, CA 94108

Attorney General of Pennsylvania
Western Regional Office
1251 Watefront Place
Mezzanine Level
Pittsburgh, PA 15222

Attorney General of the United States
U.S. Dept. of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Cavalry SPV I LLC
ATTN: Bankruptcy Dept.
Suite 400
500 Summit Lake Drive
Valhalla, NY 10595

Cavalry SPV I LLC
ATTN: Bankruptcy
PO Box 27288
Tempe, AZ 85282

Cavalry SPV I LLC
ATTN: Bankruptcy
1 American Lane, Suite #220
Greenwich, CT 06831

Cavalry SPV I LLC
c/o CT Corporation System, Stat. Agent
ATTN: Bankruptcy Dept.
1200 South Pine Island Road
Fort Lauderdale, FL 33324

Chase Bank NA/WAMU
ATTN: Bankruptcy
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Bank, NA/WAMU
ATTN: Bankruptcy
301 North Walnut Street, Floor #9
Wilmington, DE 19801

Choicepoint
ATTN: Bankruptcy
1000 Alderman Drive
Alpharetta, GA 30005
```

```
Countrywide Home Loans
ATTN: Bankruptcy
1800 Tapo Canyon Rd
MS #SV-103
Simi Valley, CA 93063

Credit Collection Service
725 Canton Street
Norwood, MA 02062

Credit Collection Service
ATTN: Bankruptcy
PO Box 607
Norwood, MA 02062

David Newman
9396 Route 949
Sigel, PA 15860

Dept of Education/Nelnet
ATTN: Bankruptcy
PO Box 173904
Denver, CO 80217

Dept of Veterans Affairs
ATTN: Bankruptcy
PO Box 530269
Atlanta, GA 30353

Dept. of Education
Fed Loan Servicing
P.O. Box 530210
Atlanta, GA 30353-0210

Dept. of Education/Advantage
ATTN: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773

Dept. of Education/Aidvantage
ATTN: Bankruptcy
PO Box 4450
Portland, OR 97208

Dept. of Education/Aidvantage
ATTN: Bankruptcy
1600 Tyson Boulevard
Greenville, TX 75403

Dept. of Education/Navient
ATTN: Bankruptcy
P.O. Box 9635
Wilkes Barre, PA 18773
```

```
Dept. of Education/Navient
ATTN: Bankruptcy
PO Box 4450
Portland, OR 97208

ECMC
ATTN: Bankruptcy
1 Imation Place
Oakdale, MN 55128-3421

Educational Credit Management Corp.
ATTN: Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Elk County Regional Health Center
ATTN: Bankruptcy
769 Johnsonsburg Road
Saint Marys, PA 15857

Elk County Tax Claim Bureau
ATTN: Bankruptcy
250 Main Street
PO Box 448
Ridgway, PA 15853

Elk County Tax Collector
ATTN: Bankruptcy
PO Box 70
Wilcox, PA 15870

Equifax
ATTN: Bankruptcy
1550 Peachtree Street, NW
Atlanta, GA 30309

Equifax
Attn: Bankruptcy Dept.
P.O. Box 740241
Atlanta, GA 30374

Experian
ATTN: Bankruptcy
PO Box 2104
Allen, TX 75013

Experian
ATTN: Bankruptcy
PO Box 4500
Allen, TX 75013

Experian
Attn: Bankruptcy Dept.
P.O. Box 2002
Allen, TX 75013
```

```
Fred Newman
9396 Route 949
Sigel, PA 15860

Holiday Financial Services
ATTN: Bankruptcy
715 West 38th Street
Erie, PA 16508

Internal Revenue Service
ATTN: Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS
ATTN: Bankruptcy
1000 Liberty Avenue
M/S #711B
Pittsburgh, PA 15222

John R. Thomas, Esq.
PO Box 82
128 South Street
Ridgway, PA 15853

Jones Township Municipal Authority
ATTN: Bankruptcy Dept
PO Box 374
Wilcox, PA 15870

Jones Township Municipal Authority
ATTN: Bankruptcy Dept
PO Box 25
Wilcox, PA 15870

Jones Township Municipal Authority
ATTN: Bankruptcy Dept
320 Faries Street
Wilcox, PA 15870

Jones Township Tax Collector
ATTN: Bankruptcy Dept
PO Box 70
Wilcox, PA 15870

Kane Community Hospital
ATTN: Bankruptcy
4372 State Route 6
Kane, PA 16735

Kenneth Seitz, Esq.
PO Box 211
Ligonier, PA 15658
```

```
KML Law Group PC
Suite 5000, BNY Mellon Independence Ctr
701 Market Street
Suite #5000
Philadelphia, PA 19106

LexisNexis Risk
ATTN: Bankruptcy
PO Box 105108
Atlanta, GA 30348

LVNV Funding LLC
15 S. Main Street
Suite 600
Greenville, SC 29601

LVNV Funding LLC
ATTN: Bankruptcy
2400 Ansys Drive, Suite 402B
Canonsburg, PA 15317

LVNV Funding LLC
ATTN:  Bankruptcy
Suite 600
15 S. Main Street
Greenville, SC 29601

LVNV Funding LLC
200 Meeting Street
Suite 206
Charlestown, SC 29401-3187

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603

LVNV Funding LLC
ATTN: Bankruptcy Dept.
355 South Main Street, Suite #300-D
Greenville, SC 29601

LVNV Funding LLC
ATTN: Bankruptcy
P.O. Box 1269
Greenville, SC 29602

M&T Bank
ATTN: Bankruptcy Dept.
1 M&T Plaza
8th Floor
Buffalo, NY 14203
```

```
M&T Bank
ATTN: Bankruptcy/Legal Dept.
626 Commerce Drive
Buffalo, NY 14228

M&T Bank
ATTN: Bankruptcy
3 Fountain Plaza
Buffalo, NY 14203

M&T Bank
ATTN: Bankruptcy Dept.
PO Box 1508
Buffalo, NY 14240

MERS
ATTN: Bankruptcy Dept.
1901 Vorhees Street, Suite C
Danville, IL 61834

MERS
ATTN: Bankruptcy
11819 Miami Street, Suite #100
Omaha, NE 68164

Michael Ratchford, Esq.
Ratchford Law Group PC
54 Glenmaura National Blvd, Suite #104
Moosic, PA 18507

OneMain
ATTN: Bankruptcy
100 International Drive, 15th Floor
Baltimore, MD 21202

OneMain Financial
ATTN: Bankruptcy
6801 Colwell Blvd.
Irving, TX 75039

OneMain Financial
ATTN: Bankruptcy
601 N.W. Second Street
Evansville, IN 47708

Peter & Shirley Biel
4408 Wilcox Road
Wilcox, PA 15870

Portfolio Recovery Associates Inc.
ATTN: Bankruptcy Dept.
P.O. Box 12914
Norfolk, VA 23541
```

```
Portfolio Recovery Associates LLC
ATTN: Bankruptcy Dept
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, Inc.
Riverside Commerce Center
120 Corporate Blvd.
Norfolk, VA 23502-4962

Portfolio Recovery Associates, Inc.
ATTN: Bankruptcy Dept.
120 Corporate Blvd.
Riverside Commerce Center
Norfolk, VA 23502-4962

Portfolio Recovery Associates, Inc.
ATTN: Bankruptcy
150 Corporate Blvd.
Norfolk, VA 23502-4962

PRA Receivables Management, LLC
ATTN: Bankruptcy
130 Corporate Boulevard
Norfolk, VA 23502

PRA Receivables Management, LLC
ATTN: Akera Smith, Bankruptcy Dept
P.O. Box 41067
Norfolk, VA 23541

Progressive Insurance
ATTN: Bankruptcy Dept.
6300 Wilson Mills Road
Cleveland, OH 44143

Progressive Insurance
ATTN: Bankruptcy
5920 Landerbrook Drive
Cleveland, OH 44124

Progressive Insurance
ATTN: Bankruptcy
PO Box 6807
Cleveland, OH 44101

Ratchford Law Group
54 Glenmaura National Blvd.
Suite #104
Moosic, PA 18507

Ratchford Law Group , PC
409 Lackawanna Avenue, Suite #320
Scranton, PA 18503
```

```
Resurgent Acquisitions
ATTN: Bankruptcy
6801 South Cimarron Street 424 N
Las Vegas, NV 89113

Resurgent Capital Services
ATTN: Bankruptcy
55 Beattie Place, Suite #110
MS #276
Greenville, SC 29601

Resurgent Capital Services
ATTN: Bankruptcy
PO Box 10587
Greenville, SC 29603

SYNCB/Amazon
ATTN: Bankruptcy
PO Box 965015
Orlando, FL 32896

SYNCB/Harbor Freight
ATTN: Bankruptcy
PO Box 965060
Orlando, FL 32896

Thomas G. Wagner, Esq.
115 Lafayette Street
Saint Marys, PA 15857

TransUnion
ATTN: Bankruptcy
PO Box 1000
Crum Lynne, PA 19022

TransUnion
ATTN: Bankruptcy
PO Box 2000
Chester, PA 19016

Transunion
Attn: Bankruptcy Dept.
P.O. Box 1000
Crum Lynne, PA 19022

United States of America
ATTN: IRS - Bankruptcy Dept.
700 Grant Street, Suite #4000
Pittsburgh, PA 15219

UPMC
ATTN: Bankruptcy
Room 386
2 Hot Metal Street
Pittsburgh, PA 15203
```

```
UPMC
Attn: Bankruptcy
200 Lothro Street
Pittsburgh, PA 15213

UPMC Community Medicine
ATTN: Bankruptcy
2060 North Pearl Street
North East, PA 16428

UPMC Community Medicine
ATTN: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

UPMC Physicians Services
ATTN: Bankruptcy
PO Box 1123
Minneapolis, MN 55440

UPMC Physicians Services
ATTN: Bankruptcy Dept.
P.O. Box 371980
Pittsburgh, PA 15250-7980

UPMC Physicians Services
ATTN: Bankruptcy
201 State Street
Erie, PA 16550

Verizon
500 Technology Drive
Suite 30
Weldon Springs, MO 63304

Verizon
by American InfoSource LP as agent
P.O. Box 248838
Oklahoma City, OK 73124-8838

Verizon
ATTN: Bankruptcy
401 South High Street, 2nd Floor
West Chester, PA 19383

Verizon Wireless
Bankruptcy Administration
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Verizon Wireless
by American Infosource as agent
PO Box 4457
Houston, TX 77210
```

```
Verizon Wireless
ATTN: Bankruptcy
5 Foster Brook Blvd.
Bradford, PA 16701

West Penn Power
ATTN: Bankruptcy
5001 NASA Blvd.
Fairmont, WV 26554

West Penn Power/First Energy
ATTN: Bankruptcy Department
6896 Miller Road
Brecksville, OH 44141
```