| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Karl William Krouse<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6536<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Betty Corinne Krouse<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2948<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13    1/14/25 |
| Case number: | 25–10027–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Karl William Krouse | Betty Corinne Krouse |
| 2. | **All other names used in the last 8 years** | aka Carl Krouse, aka Karl Krause | aka Betty Corinne Herzing, aka Betty Harzing, aka Betty Krause |
| 3. | **Address** | 4408 Wilcox Road<br>Wilcox, PA 15870 | 4408 Wilcox Road<br>Wilcox, PA 15870 |
| 4. | **Debtor's attorney**<br>Name and address | Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506–4508 | Contact phone 814–833–2222<br>Email: mjanjanin@quinnfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 2/5/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 3, 2025 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/2/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/25/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/13/25** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**3/3/25** at **01:00 PM** , Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10027-CMB |
| Karl William Krouse | Chapter 13 |
| Betty Corinne Krouse | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 7 |
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karl William Krouse, Betty Corinne Krouse, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| aty | + | Brent J. Lemon, KML Law Group, P.C., 701 Market Street #, 5000, Philadelphia, PA 19106-1541 |
| 16483326 | + | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 16490813 | + | Cavalry SPV I LLC, c/o CT Corporation System, Stat. Agent, ATTN: Bankruptcy Dept., 1200 South Pine Island Road, Fort Lauderdale, FL 33324-4459 |
| 16483328 | + | Choicepoint, ATTN: Bankruptcy, 1000 Alderman Drive, Alpharetta, GA 30005-4101 |
| 16483332 | + | David Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16483333 | + | Dept of Education/Nelnet, ATTN: Bankruptcy, PO Box 173904, Denver, CO 80217-3904 |
| 16483334 | + | Dept of Veterans Affairs, ATTN: Bankruptcy, PO Box 530269, Atlanta, GA 30353-0269 |
| 16483335 | | Dept. of Education, Fed Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 16483338 | | Dept. of Education/Aidvantage, ATTN: Bankruptcy, 1600 Tyson Boulevard, Greenville, TX 75403 |
| 16483343 | | Elk County Regional Health Center, ATTN: Bankruptcy, 769 Johnsonsburg Road, Saint Marys, PA 15857 |
| 16483345 | + | Elk County Tax Collector, ATTN: Bankruptcy, PO Box 70, Wilcox, PA 15870-0070 |
| 16483348 | + | Experian, ATTN: Bankruptcy, PO Box 2104, Allen, TX 75013-9504 |
| 16483351 | + | Fred Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16483352 | + | Holiday Financial Services, ATTN: Bankruptcy, 715 West 38th Street, Erie, PA 16508-2626 |
| 16483355 | + | John R. Thomas, Esq., PO Box 82, 128 South Street, Ridgway, PA 15853-2014 |
| 16483358 | | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, 320 Faries Street, Wilcox, PA 15870 |
| 16483357 | + | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 25, Wilcox, PA 15870-0025 |
| 16483356 | + | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 374, Wilcox, PA 15870-0374 |
| 16490847 | + | Jones Township Tax Collector, ATTN: Bankruptcy Dept, PO Box 70, Wilcox, PA 15870-0070 |
| 16483359 | + | Kane Community Hospital, ATTN: Bankruptcy, 4372 State Route 6, Kane, PA 16735-3099 |
| 16490849 | + | Kenneth Seitz, Esq., PO Box 211, Ligonier, PA 15658-0211 |
| 16483363 | + | LVNV Funding LLC, ATTN: Bankruptcy, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16483361 | + | LexisNexis Risk, ATTN: Bankruptcy, PO Box 105108, Atlanta, GA 30348-5108 |
| 16483369 | | M&T Bank, ATTN: Bankruptcy Dept., 1 M&T Plaza, 8th Floor, Buffalo, NY 14203 |
| 16483373 | + | MERS, ATTN: Bankruptcy Dept., 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 16483374 | + | MERS, ATTN: Bankruptcy, 11819 Miami Street, Suite #100, Omaha, NE 68164-3687 |
| 16483375 | + | Michael Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite #104, Moosic, PA 18507-2161 |
| 16483377 | ++ | NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887 address filed with court:, National Fuel, ATTN: Bankruptcy Dept, PO Box 371835, Pittsburgh, PA 15250 |
| 16483379 | + | Peter & Shirley Biel, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| 16483389 | + | Ratchford Law Group , PC, 409 Lackawanna Avenue, Suite #320, Scranton, PA 18503-2087 |
| 16483395 | + | Thomas G. Wagner, Esq., 115 Lafayette Street, Saint Marys, PA 15857-1327 |
| 16490894 | + | UPMC Community Medicine, ATTN: Bankruptcy, 2060 North Pearl Street, North East, PA 16428-1926 |
| 16483402 | | UPMC Physicians Services, ATTN: Bankruptcy Dept., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16483399 | + | United States of America, ATTN: IRS - Bankruptcy Dept., 700 Grant Street, Suite #4000, Pittsburgh, PA 15219-1956 |
| 16490901 | + | Verizon, ATTN: Bankruptcy, 401 South High Street, 2nd Floor, West Chester, PA 19383-0001 |
| 16490904 | + | Verizon Wireless, ATTN: Bankruptcy, 5 Foster Brook Blvd., Bradford, PA 16701-3271 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0315-1 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mjanjanin@quinnfirm.com | Feb 06 2025 00:03:00 | Michael S. Jan Janin, Quinn Buseck Leemhuis Toohey & Kroto Inc, 2222 West Grandview Boulevard, Erie, PA 16506-4508 |
| tr | + Email/Text: bnc@chapter13trusteewdpa.com | Feb 06 2025 00:03:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | EDI: PENNDEPTREV | Feb 06 2025 05:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 06 2025 05:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 00:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 06 2025 00:04:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16483325 | + Email/PDF: AffirmBKNotifications@resurgent.com | Feb 06 2025 00:23:20 | Affirm, Inc., ATTN: Bankruptcy, 650 California Street, Floor #12, San Francisco, CA 94108-2716 |
| 16483327 | ^ MEBN | Feb 05 2025 23:59:28 | Attorney General of the United States, U.S. Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 |
| 16490810 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 00:04:00 | Cavalry SPV I LLC, ATTN: Bankruptcy Dept., Suite 400, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 16490811 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 00:04:00 | Cavalry SPV I LLC, ATTN: Bankruptcy, PO Box 27288, Tempe, AZ 85285-7288 |
| 16490812 | + Email/Text: bankruptcy@cavps.com | Feb 06 2025 00:04:00 | Cavalry SPV I LLC, ATTN: Bankruptcy, 1 American Lane, Suite #220, Greenwich, CT 06831-2563 |
| 16483329 | + EDI: BANKAMER | Feb 06 2025 05:00:00 | Countrywide Home Loans, ATTN: Bankruptcy, 1800 Tapo Canyon Rd, MS #SV-103, Simi Valley, CA 93063-6712 |
| 16483331 | + EDI: CCS.COM | Feb 06 2025 05:00:00 | Credit Collection Service, ATTN: Bankruptcy, PO Box 607, Norwood, MA 02062-0607 |
| 16483330 | + EDI: CCS.COM | Feb 06 2025 05:00:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 16483336 | + EDI: MAXMSAIDV | Feb 06 2025 05:00:00 | Dept. of Education/Advantage, ATTN: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 16483337 | + EDI: MAXMSAIDV | Feb 06 2025 05:00:00 | Dept. of Education/Aidvantage, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16483340 | + EDI: MAXMSAIDV | Feb 06 2025 05:00:00 | Dept. of Education/Navient, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16483339 | + EDI: MAXMSAIDV | Feb 06 2025 05:00:00 | Dept. of Education/Navient, ATTN: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490829 | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2025 00:03:00 | ECMC, ATTN: Bankruptcy, 1 Imation Place, Oakdale, MN 55128-3421 |
| 16483341 | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2025 00:03:00 | ECMC, 1 Imation Place, Oakdale, MN 55128-3421 |

Case 25-10027-CMB    Doc 23    Filed 02/07/25    Entered 02/08/25 00:29:14    Desc Imaged
Certificate of Notice    Page 5 of 9

| District/off: 0315-1 | User: auto | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

| Recipient # | Method | Date/Time | Name and Address |
|---|---|---|---|
| 16483346 | Email/Text: bankruptcycourts@equifax.com | Feb 06 2025 00:03:00 | Equifax, ATTN: Bankruptcy, 1550 Peachtree Street, NW, Atlanta, GA 30309 |
| 16483347 | Email/Text: bankruptcycourts@equifax.com | Feb 06 2025 00:03:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 16483342 | + Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2025 00:03:00 | Educational Credit Management Corp., ATTN: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 16490001 | Email/Text: ECMCBKNotices@ecmc.org | Feb 06 2025 00:03:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 16483344 | + Email/Text: kroselli@countyofelkpa.com | Feb 06 2025 09:04:00 | Elk County Tax Claim Bureau, ATTN: Bankruptcy, 250 Main Street, PO Box 448, Ridgway, PA 15853-0448 |
| 16483349 | ^ MEBN | Feb 05 2025 23:59:19 | Experian, ATTN: Bankruptcy, PO Box 4500, Allen, TX 75013-1311 |
| 16483350 | ^ MEBN | Feb 05 2025 23:59:24 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16483354 | EDI: IRS.COM | Feb 06 2025 05:00:00 | IRS, ATTN: Bankruptcy, 1000 Liberty Avenue, M/S #711B, Pittsburgh, PA 15222 |
| 16490814 | EDI: JPMORGANCHASE | Feb 06 2025 05:00:00 | Chase Bank NA/WAMU, ATTN: Bankruptcy, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 16490815 | EDI: JPMORGANCHASE | Feb 06 2025 05:00:00 | Chase Bank, NA/WAMU, ATTN: Bankruptcy, 301 North Walnut Street, Floor #9, Wilmington, DE 19801 |
| 16483360 | ^ MEBN | Feb 05 2025 23:59:34 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16490850 | ^ MEBN | Feb 05 2025 23:59:35 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Suite #5000, Philadelphia, PA 19106-1541 |
| 16483368 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:23:10 | LVNV Funding LLC, ATTN: Bankruptcy, P.O. Box 1269, Greenville, SC 29602-1269 |
| 16483364 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:11:49 | LVNV Funding LLC, ATTN: Bankruptcy, Suite 600, 15 S. Main Street, Greenville, SC 29601-2768 |
| 16483365 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:11:50 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charlestown, SC 29401-3187 |
| 16483366 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:12:41 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 16483367 | ^ MEBN | Feb 05 2025 23:59:38 | LVNV Funding LLC, ATTN: Bankruptcy Dept., 355 South Main Street, Suite #300-D, Greenville, SC 29601-2923 |
| 16483362 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:23:10 | LVNV Funding LLC, 15 S. Main Street, Suite 600, Greenville, SC 29601-2768 |
| 16490678 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:22:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16490342 | Email/Text: camanagement@mtb.com | Feb 06 2025 00:03:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16483370 | + Email/Text: camanagement@mtb.com | Feb 06 2025 00:03:00 | M&T Bank, ATTN: Bankruptcy/Legal Dept., 626 Commerce Drive, Buffalo, NY 14228-2391 |
| 16483372 | + Email/Text: camanagement@mtb.com | Feb 06 2025 00:03:00 | M&T Bank, ATTN: Bankruptcy Dept., PO Box 1508, Buffalo, NY 14240-1508 |
| 16483371 | + Email/Text: camanagement@mtb.com | Feb 06 2025 00:03:00 | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 16483375 | ^ MEBN | | |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Feb 05 2025 23:59:56 | Michael Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite #104, Moosic, PA 18507-2161 |
| 16483376 | + Email/Text: Bankruptcy@natfuel.com | Feb 06 2025 00:04:00 | National Fuel, 1100 State Street, P.O. Box 2081, Erie, PA 16512-2081 |
| 16483378 | + Email/Text: Bankruptcy@natfuel.com | Feb 06 2025 00:04:00 | National Fuel, ATTN: Bankruptcy Dept., P.O. Box 2081, 1100 State Street, Erie, PA 16501-1912 |
| 16490866 | + EDI: AGFINANCE.COM | Feb 06 2025 05:00:00 | OneMain, ATTN: Bankruptcy, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 16490868 | + EDI: AGFINANCE.COM | Feb 06 2025 05:00:00 | OneMain Financial, ATTN: Bankruptcy, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 16490867 | + EDI: AGFINANCE.COM | Feb 06 2025 05:00:00 | OneMain Financial, ATTN: Bankruptcy, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 16490871 | EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates LLC, ATTN: Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541 |
| 16483384 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | PRA Receivables Management, LLC, ATTN: Akera Smith, Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 16483383 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16483380 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates Inc., ATTN: Bankruptcy Dept., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 16483381 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16490874 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy, 150 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16483382 | + EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept., 120 Corporate Blvd., Riverside Commerce Center, Norfolk, VA 23502-4952 |
| 16483387 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 06 2025 00:03:00 | Progressive Insurance, ATTN: Bankruptcy, PO Box 6807, Cleveland, OH 44101-1807 |
| 16483386 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 06 2025 00:03:00 | Progressive Insurance, ATTN: Bankruptcy, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 16483385 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 06 2025 00:03:00 | Progressive Insurance, ATTN: Bankruptcy Dept., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16483388 | ^ MEBN | Feb 05 2025 23:59:21 | Ratchford Law Group, 54 Glenmaura National Blvd., Suite #104, Moosic, PA 18507-2161 |
| 16483390 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 00:11:47 | Resurgent Acquisitions, ATTN: Bankruptcy, 6801 South Cimarron Street 424 N, Las Vegas, NV 89113-2273 |
| 16483392 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:11:52 | Resurgent Capital Services, ATTN: Bankruptcy, PO Box 10587, Greenville, SC 29603-0587 |
| 16483391 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:12:42 | Resurgent Capital Services, ATTN: Bankruptcy, 55 Beattie Place, Suite #110, MS #276, Greenville, SC 29601-5115 |
| 16483393 | + EDI: SYNC | Feb 06 2025 05:00:00 | SYNCB/Amazon, ATTN: Bankruptcy, PO Box 965015, Orlando, FL 32896-5015 |
| 16483394 | + EDI: SYNC | Feb 06 2025 05:00:00 | SYNCB/Harbor Freight, ATTN: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-1 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

| | | | | |
|---|---|---|---|---|
| 16483397 | ^ | MEBN | Feb 05 2025 23:59:20 | TransUnion, ATTN: Bankruptcy, PO Box 2000, Chester, PA 19016-2000 |
| 16483396 | ^ | MEBN | Feb 05 2025 23:59:24 | TransUnion, ATTN: Bankruptcy, PO Box 1000, Crum Lynne, PA 19022 |
| 16483398 | ^ | MEBN | Feb 05 2025 23:59:23 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 16483400 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 06 2025 00:04:00 | UPMC, ATTN: Bankruptcy, Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 16490893 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 06 2025 00:04:00 | UPMC, Attn: Bankruptcy, 200 Lothro Street, Pittsburgh, PA 15213-2536 |
| 16490895 | + | Email/Text: BNCnotices@dcmservices.com | Feb 06 2025 00:03:00 | UPMC Community Medicine, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16483403 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 06 2025 00:04:00 | UPMC Physicians Services, ATTN: Bankruptcy, 201 State Street, Erie, PA 16550-0002 |
| 16483401 | + | Email/Text: BNCnotices@dcmservices.com | Feb 06 2025 00:03:00 | UPMC Physicians Services, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16490900 | | EDI: AIS.COM | Feb 06 2025 05:00:00 | Verizon, by American InfoSource LP as agent, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 16490899 | + | EDI: VERIZONCOMB.COM | Feb 06 2025 05:00:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 16490902 | + | EDI: VERIZONCOMB.COM | Feb 06 2025 05:00:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 16490903 | + | EDI: AIS.COM | Feb 06 2025 05:00:00 | Verizon Wireless, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16483404 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 06 2025 00:04:00 | West Penn Power, ATTN: Bankruptcy, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 16483405 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 06 2025 00:04:00 | West Penn Power/First Energy, ATTN: Bankruptcy Department, 6896 Miller Road, Brecksville, OH 44141-3222 |

TOTAL: 80

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 16490807 | *+ | Affirm, Inc., ATTN: Bankruptcy, 650 California Street, Floor #12, San Francisco, CA 94108-2716 |
| 16490808 | *+ | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 16490809 | * | Attorney General of the United States, U.S. Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 |
| 16490816 | *+ | Choicepoint, ATTN: Bankruptcy, 1000 Alderman Drive, Alpharetta, GA 30005-4101 |
| 16490817 | *+ | Countrywide Home Loans, ATTN: Bankruptcy, 1800 Tapo Canyon Rd, MS #SV-103, Simi Valley, CA 93063-6712 |
| 16490819 | *+ | Credit Collection Service, ATTN: Bankruptcy, PO Box 607, Norwood, MA 02062-0607 |
| 16490818 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 16490820 | *+ | David Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16490821 | *+ | Dept of Education/Nelnet, ATTN: Bankruptcy, PO Box 173904, Denver, CO 80217-3904 |
| 16490822 | *+ | Dept of Veterans Affairs, ATTN: Bankruptcy, PO Box 530269, Atlanta, GA 30353-0269 |
| 16490823 | * | Dept. of Education, Fed Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 16490824 | *+ | Dept. of Education/Advantage, ATTN: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490825 | *+ | Dept. of Education/Aidvantage, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16490826 | * | Dept. of Education/Aidvantage, ATTN: Bankruptcy, 1600 Tyson Boulevard, Greenville, TX 75403 |
| 16490828 | *+ | Dept. of Education/Navient, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16490827 | *+ | Dept. of Education/Navient, ATTN: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490834 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, ATTN: Bankruptcy, 1550 |

Case 25-10027-CMB    Doc 23    Filed 02/07/25    Entered 02/08/25 00:29:14    Desc Imaged
Certificate of Notice    Page 8 of 9

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 6 of 7 |
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

| | | |
|---|---|---|
| | | Peachtree Street, NW, Atlanta, GA 30309 |
| 16490835 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 16490830 | *+ | Educational Credit Management Corp., ATTN: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 16490831 | * | Elk County Regional Health Center, ATTN: Bankruptcy, 769 Johnsonsburg Road, Saint Marys, PA 15857 |
| 16490832 | *+ | Elk County Tax Claim Bureau, ATTN: Bankruptcy, 250 Main Street, PO Box 448, Ridgway, PA 15853-0448 |
| 16490833 | *+ | Elk County Tax Collector, ATTN: Bankruptcy, PO Box 70, Wilcox, PA 15870-0070 |
| 16490836 | *+ | Experian, ATTN: Bankruptcy, PO Box 2104, Allen, TX 75013-9504 |
| 16490837 | *+ | Experian, ATTN: Bankruptcy, PO Box 4500, Allen, TX 75013-1311 |
| 16490838 | *+ | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16490839 | *+ | Fred Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16490840 | *+ | Holiday Financial Services, ATTN: Bankruptcy, 715 West 38th Street, Erie, PA 16508-2626 |
| 16490842 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, ATTN: Bankruptcy, 1000 Liberty Avenue, M/S #711B, Pittsburgh, PA 15222 |
| 16483353 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16490841 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16490843 | *+ | John R. Thomas, Esq., PO Box 82, 128 South Street, Ridgway, PA 15853-2014 |
| 16490844 | *+ | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 374, Wilcox, PA 15870-0374 |
| 16490845 | *+ | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 25, Wilcox, PA 15870-0025 |
| 16490846 | * | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, 320 Faries Street, Wilcox, PA 15870 |
| 16490848 | *+ | Kane Community Hospital, ATTN: Bankruptcy, 4372 State Route 6, Kane, PA 16735-3099 |
| 16490858 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, P.O. Box 1269, Greenville, SC 29602-1269 |
| 16490854 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, Suite 600, 15 S. Main Street, Greenville, SC 29601-2768 |
| 16490855 | * | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charlestown, SC 29401-3187 |
| 16490853 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16490856 | *+ | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 16490857 | *+ | LVNV Funding LLC, ATTN: Bankruptcy Dept., 355 South Main Street, Suite #300-D, Greenville, SC 29601-2923 |
| 16490852 | *+ | LVNV Funding LLC, 15 S. Main Street, Suite 600, Greenville, SC 29601-2768 |
| 16490851 | *+ | LexisNexis Risk, ATTN: Bankruptcy, PO Box 105108, Atlanta, GA 30348-5108 |
| 16490860 | *+ | M&T Bank, ATTN: Bankruptcy/Legal Dept., 626 Commerce Drive, Buffalo, NY 14228-2391 |
| 16490862 | *+ | M&T Bank, ATTN: Bankruptcy Dept., PO Box 1508, Buffalo, NY 14240-1508 |
| 16490861 | *+ | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 16490859 | * | M&T Bank, ATTN: Bankruptcy Dept., 1 M&T Plaza, 8th Floor, Buffalo, NY 14203 |
| 16490863 | *+ | MERS, ATTN: Bankruptcy Dept., 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 16490864 | *+ | MERS, ATTN: Bankruptcy, 11819 Miami Street, Suite #100, Omaha, NE 68164-3687 |
| 16490865 | *+ | Michael Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite #104, Moosic, PA 18507-2161 |
| 16490876 | *+ | PRA Receivables Management, LLC, ATTN: Akera Smith, Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 16490875 | *+ | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16490869 | *+ | Peter & Shirley Biel, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| 16490870 | *+ | Portfolio Recovery Associates Inc., ATTN: Bankruptcy Dept., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 16490872 | *+ | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16490873 | *+ | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept., 120 Corporate Blvd., Riverside Commerce Center, Norfolk, VA 23502-4952 |
| 16490879 | *+ | Progressive Insurance, ATTN: Bankruptcy, PO Box 6807, Cleveland, OH 44101-1807 |
| 16490878 | *+ | Progressive Insurance, ATTN: Bankruptcy, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 16490877 | *+ | Progressive Insurance, ATTN: Bankruptcy Dept., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16490880 | *+ | Ratchford Law Group, 54 Glenmaura National Blvd., Suite #104, Moosic, PA 18507-2161 |
| 16490881 | *+ | Ratchford Law Group , PC, 409 Lackawanna Avenue, Suite #320, Scranton, PA 18503-2087 |
| 16490882 | *+ | Resurgent Acquisitions, ATTN: Bankruptcy, 6801 South Cimarron Street 424 N, Las Vegas, NV 89113-2273 |
| 16490884 | *+ | Resurgent Capital Services, ATTN: Bankruptcy, PO Box 10587, Greenville, SC 29603-0587 |
| 16490883 | *+ | Resurgent Capital Services, ATTN: Bankruptcy, 55 Beattie Place, Suite #110, MS #276, Greenville, SC 29601-5115 |
| 16490885 | *+ | SYNCB/Amazon, ATTN: Bankruptcy, PO Box 965015, Orlando, FL 32896-5015 |
| 16490886 | *+ | SYNCB/Harbor Freight, ATTN: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16490887 | *+ | Thomas G. Wagner, Esq., 115 Lafayette Street, Saint Marys, PA 15857-1327 |
| 16490889 | *+ | TransUnion, ATTN: Bankruptcy, PO Box 2000, Chester, PA 19016-2000 |
| 16490888 | * | TransUnion, ATTN: Bankruptcy, PO Box 1000, Crum Lynne, PA 19022 |
| 16490890 | * | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 16490892 | *+ | UPMC, ATTN: Bankruptcy, Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 16490898 | *+ | UPMC Physicians Services, ATTN: Bankruptcy, 201 State Street, Erie, PA 16550-0002 |
| 16490896 | *+ | UPMC Physicians Services, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16490897 | * | UPMC Physicians Services, ATTN: Bankruptcy Dept., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16490891 | *+ | United States of America, ATTN: IRS - Bankruptcy Dept., 700 Grant Street, Suite #4000, Pittsburgh, PA 15219-1956 |
| 16490905 | *+ | West Penn Power, ATTN: Bankruptcy, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

| District/off: 0315-1 | User: auto | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 309iPGH | Total Noticed: 114 |

16490906    *+    West Penn Power/First Energy, ATTN: Bankruptcy Department, 6896 Miller Road, Brecksville, OH 44141-3222

TOTAL: 1 Undeliverable, 77 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Brent J. Lemon
　　on behalf of Creditor M&T BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com

Michael S. Jan Janin
　　on behalf of Joint Debtor Betty Corinne Krouse mjanjanin@quinnfirm.com
　　slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Michael S. Jan Janin
　　on behalf of Debtor Karl William Krouse mjanjanin@quinnfirm.com
　　slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 5