IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10027-CMB |
| | : | |
| KARL WILLIAM KROUSE AND | : | |
| BETTY CORINNE KROUSE, | : | HON.  CARLOTA M. BÖHM |
|     Debtors | : | |
| | : | |
| M & T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM #2 |
|         v. | : | |
| | : | |
| KARL WILLIAM KROUSE AND BETTY CORINNE | : | |
| KROUSE; and RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

<u>DECLARATION REGARDING POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES</u>

    I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, PA 16506-4508
        Telephone: 814-833-2222, Extension 1045
        Facsimile: 814-833-6753
        mjanjanin@quinnfirm.com
        Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10027 CMB |
| | : | |
| KARL WILLIAM KROUSE AND | : | |
| BETTY CORINNE KROUSE, | : | HON.  CARLOTA M. BÖHM |
|     Debtors | : | |
| | : | |
| M & T BANK, | : | CHAPTER 13 |
|     Movant, | : | |
| | : | RELATED TO CLAIM # 2 |
|     v. | : | |
| | : | |
| KARL WILLIAM KROUSE AND BETTY CORINNE | : | |
| KROUSE; and RONDA J. WINNECOUR, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 3, 2025.

    The types of service made on the parties was sent via CM/ECF Notification System (NO PAPER COPY) to:

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Brent J. Lemon on behalf of Creditor M&T BANK at blemon@kmllawgroup.com

EXECUTED ON: March 3, 2025        Respectfully submitted,
                                                THE QUINN LAW FIRM

                              BY:    /s/ Michael S. Jan Janin
                                        Michael S. Jan Janin, Esquire
                                        PA Id. No. 38880
                                        2222 West Grandview Boulevard
                                        Erie, Pennsylvania  16506-4508
                                        Telephone: 814-833-2222, Ext. 1045
                                        Facsimile: 814-833-6753
                                        mjanjanin@quinnfirm.com
                                        Counsel for Debtors

#1700207