**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 25-10027 – JCM |
| **Karl William Krouse** | ) | |
| **Betty Corinne Krouse** | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | X | |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**     ☒ **Chapter 13 Plan dated:**
                                            **02-04-25 (Doc. #21)**

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**     ☐ **Amended Chapter 13 dated:**
_____

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1,960.93 effective 2-25.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

**1.    Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

☒    A.   For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $2,012.00, beginning 3-25. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

-1-

☐     B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
_____

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐    I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
_____

☐    J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☒    K. Additional Terms and Conditions:

- *Debtor(s) are to fund the plan by ACH and WA [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*

- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), or any other plan contingencies including sales, creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation, LMP, sale process, etc.) The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**2. Deadlines.** **The following deadlines are hereby established and apply to this case:**

**A.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.** **Additional Provisions.** **The following additional provisions apply in this case:**

**A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date").

Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

     **C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

     **D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

     **E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

     **F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

     **G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

     **H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:  March 5, 2025

cc: All Parties in Interest to be served by Clerk

                                                     Carlota M. Böhm
                                                     United States Bankruptcy Court Judge

FILED
3/5/25 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10027-CMB |
| Karl William Krouse | Chapter 13 |
| Betty Corinne Krouse | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 7 |
| Date Rcvd: Mar 05, 2025 | Form ID: pdf900 | Total Noticed: 109 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Karl William Krouse, Betty Corinne Krouse, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| 16483326 | + | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 16490813 | + | Cavalry SPV I LLC, c/o CT Corporation System, Stat. Agent, ATTN: Bankruptcy Dept., 1200 South Pine Island Road, Fort Lauderdale, FL 33324-4459 |
| 16483328 | + | Choicepoint, ATTN: Bankruptcy, 1000 Alderman Drive, Alpharetta, GA 30005-4101 |
| 16483332 | + | David Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16483333 | + | Dept of Education/Nelnet, ATTN: Bankruptcy, PO Box 173904, Denver, CO 80217-3904 |
| 16483334 | + | Dept of Veterans Affairs, ATTN: Bankruptcy, PO Box 530269, Atlanta, GA 30353-0269 |
| 16483335 | | Dept. of Education, Fed Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 16483338 | | Dept. of Education/Aidvantage, ATTN: Bankruptcy, 1600 Tyson Boulevard, Greenville, TX 75403 |
| 16483343 | | Elk County Regional Health Center, ATTN: Bankruptcy, 769 Johnsonsburg Road, Saint Marys, PA 15857 |
| 16483345 | + | Elk County Tax Collector, ATTN: Bankruptcy, PO Box 70, Wilcox, PA 15870-0070 |
| 16483348 | + | Experian, ATTN: Bankruptcy, PO Box 2104, Allen, TX 75013-9504 |
| 16483351 | + | Fred Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16483352 | + | Holiday Financial Services, ATTN: Bankruptcy, 715 West 38th Street, Erie, PA 16508-2626 |
| 16483355 | + | John R. Thomas, Esq., PO Box 82, 128 South Street, Ridgway, PA 15853-2014 |
| 16483356 | + | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 374, Wilcox, PA 15870-0374 |
| 16483357 | + | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 25, Wilcox, PA 15870-0025 |
| 16483358 | | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, 320 Faries Street, Wilcox, PA 15870 |
| 16490847 | + | Jones Township Tax Collector, ATTN: Bankruptcy Dept, PO Box 70, Wilcox, PA 15870-0070 |
| 16483359 | + | Kane Community Hospital, ATTN: Bankruptcy, 4372 State Route 6, Kane, PA 16735-3099 |
| 16490849 | + | Kenneth Seitz, Esq., PO Box 211, Ligonier, PA 15658-0211 |
| 16483363 | + | LVNV Funding LLC, ATTN: Bankruptcy, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16483361 | + | LexisNexis Risk, ATTN: Bankruptcy, PO Box 105108, Atlanta, GA 30348-5108 |
| 16483369 | | M&T Bank, ATTN: Bankruptcy Dept., 1 M&T Plaza, 8th Floor, Buffalo, NY 14203 |
| 16483373 | + | MERS, ATTN: Bankruptcy Dept., 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 16483374 | + | MERS, ATTN: Bankruptcy, 11819 Miami Street, Suite #100, Omaha, NE 68164-3687 |
| 16483377 | ++ | NATIONAL FUEL GAS DISTRIBUTION CORPORATION, ATTN BANKRUPTCY DEPT, 6363 MAIN STREET, WILLIAMSVILLE NY 14221-5887 address filed with court:, National Fuel, ATTN: Bankruptcy Dept, PO Box 371835, Pittsburgh, PA 15250 |
| 16483379 | + | Peter & Shirley Biel, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| 16483389 | + | Ratchford Law Group , PC, 409 Lackawanna Avenue, Suite #320, Scranton, PA 18503-2087 |
| 16483395 | + | Thomas G. Wagner, Esq., 115 Lafayette Street, Saint Marys, PA 15857-1327 |
| 16490894 | + | UPMC Community Medicine, ATTN: Bankruptcy, 2060 North Pearl Street, North East, PA 16428-1926 |
| 16483402 | | UPMC Physicians Services, ATTN: Bankruptcy Dept., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16483399 | + | United States of America, ATTN: IRS - Bankruptcy Dept., 700 Grant Street, Suite #4000, Pittsburgh, PA 15219-1956 |
| 16490901 | + | Verizon, ATTN: Bankruptcy, 401 South High Street, 2nd Floor, West Chester, PA 19383-0001 |
| 16490904 | + | Verizon Wireless, ATTN: Bankruptcy, 5 Foster Brook Blvd., Bradford, PA 16701-3271 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16483325 | + | Email/PDF: AffirmBKNotifications@resurgent.com | | |

Case 25-10027-CMB    Doc 33    Filed 03/07/25    Entered 03/08/25 00:28:23    Desc Imaged
                        Certificate of Notice    Page 7 of 12

| District/off: 0315-1 | User: auto | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Mar 05, 2025 | Form ID: pdf900 | Total Noticed: 109 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | Mar 06 2025 01:55:03 | Affirm, Inc., ATTN: Bankruptcy, 650 California Street, Floor #12, San Francisco, CA 94108-2716 |
| 16483327 | ^ MEBN | Mar 06 2025 00:15:20 | Attorney General of the United States, U.S. Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 |
| 16490810 | + Email/Text: bankruptcy@cavps.com | Mar 06 2025 00:29:00 | Cavalry SPV I LLC, ATTN: Bankruptcy Dept., Suite 400, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 16490811 | + Email/Text: bankruptcy@cavps.com | Mar 06 2025 00:29:00 | Cavalry SPV I LLC, ATTN: Bankruptcy, PO Box 27288, Tempe, AZ 85285-7288 |
| 16490812 | + Email/Text: bankruptcy@cavps.com | Mar 06 2025 00:29:00 | Cavalry SPV I LLC, ATTN: Bankruptcy, 1 American Lane, Suite #220, Greenwich, CT 06831-2563 |
| 16490814 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 01:55:10 | Chase Bank NA/WAMU, ATTN: Bankruptcy, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 16490815 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 06 2025 01:55:22 | Chase Bank, NA/WAMU, ATTN: Bankruptcy, 301 North Walnut Street, Floor #9, Wilmington, DE 19801-3971 |
| 16483329 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 06 2025 00:28:00 | Countrywide Home Loans, ATTN: Bankruptcy, 1800 Tapo Canyon Rd, MS #SV-103, Simi Valley, CA 93063-6712 |
| 16483331 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 06 2025 00:29:00 | Credit Collection Service, ATTN: Bankruptcy, PO Box 607, Norwood, MA 02062-0607 |
| 16483330 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 06 2025 00:29:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 16483336 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 02:55:03 | Dept. of Education/Advantage, ATTN: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 16483337 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 01:55:18 | Dept. of Education/Aidvantage, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16483340 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 01:55:05 | Dept. of Education/Navient, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16483339 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 06 2025 01:55:09 | Dept. of Education/Navient, ATTN: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490829 | Email/Text: ECMCBKNotices@ecmc.org | Mar 06 2025 00:28:00 | ECMC, ATTN: Bankruptcy, 1 Imation Place, Oakdale, MN 55128-3421 |
| 16483341 | Email/Text: ECMCBKNotices@ecmc.org | Mar 06 2025 00:28:00 | ECMC, 1 Imation Place, Oakdale, MN 55128-3421 |
| 16483346 | Email/Text: bankruptcycourts@equifax.com | Mar 06 2025 00:28:00 | Equifax, ATTN: Bankruptcy, 1550 Peachtree Street, NW, Atlanta, GA 30309 |
| 16483347 | Email/Text: bankruptcycourts@equifax.com | Mar 06 2025 00:28:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 16483342 | + Email/Text: ECMCBKNotices@ecmc.org | Mar 06 2025 00:28:00 | Educational Credit Management Corp., ATTN: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 16490001 | Email/Text: ECMCBKNotices@ecmc.org | Mar 06 2025 00:28:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 16483344 | + Email/Text: kroselli@countyofelkpa.com | Mar 06 2025 00:29:00 | Elk County Tax Claim Bureau, ATTN: Bankruptcy, 250 Main Street, PO Box 448, Ridgway, PA 15853-0448 |
| 16483349 | ^ MEBN | Mar 06 2025 00:15:13 | Experian, ATTN: Bankruptcy, PO Box 4500, Allen, TX 75013-1311 |
| 16483350 | ^ MEBN | Mar 06 2025 00:15:18 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, |

| | | | | |
|---|---|---|---|---|
| | | | | Allen, TX 75013-2002 |
| 16483354 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2025 00:28:00 | IRS, ATTN: Bankruptcy, 1000 Liberty Avenue, M/S #711B, Pittsburgh, PA 15222 |
| 16505704 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 06 2025 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16483360 | ^ | MEBN | Mar 06 2025 00:15:21 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16490850 | ^ | MEBN | Mar 06 2025 00:15:22 | KML Law Group PC, Suite 5000, BNY Mellon Independence Ctr, 701 Market Street, Suite #5000, Philadelphia, PA 19106-1541 |
| 16483368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:03 | LVNV Funding LLC, ATTN: Bankruptcy, P.O. Box 1269, Greenville, SC 29602-1269 |
| 16483364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:21 | LVNV Funding LLC, ATTN: Bankruptcy, Suite 600, 15 S. Main Street, Greenville, SC 29601-2768 |
| 16483365 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:02 | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charlestown, SC 29401-3187 |
| 16483366 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:04 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 16483367 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:02 | LVNV Funding LLC, ATTN: Bankruptcy Dept., 355 South Main Street, Suite #300-D, Greenville, SC 29601-2923 |
| 16483362 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:02 | LVNV Funding LLC, 15 S. Main Street, Suite 600, Greenville, SC 29601-2768 |
| 16490678 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16490342 | | Email/Text: camanagement@mtb.com | Mar 06 2025 00:28:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16483370 | + | Email/Text: camanagement@mtb.com | Mar 06 2025 00:28:00 | M&T Bank, ATTN: Bankruptcy/Legal Dept., 626 Commerce Drive, Buffalo, NY 14228-2391 |
| 16483372 | + | Email/Text: camanagement@mtb.com | Mar 06 2025 00:28:00 | M&T Bank, ATTN: Bankruptcy Dept., PO Box 1508, Buffalo, NY 14240-1508 |
| 16483371 | + | Email/Text: camanagement@mtb.com | Mar 06 2025 00:28:00 | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 16483375 | ^ | MEBN | Mar 06 2025 00:15:43 | Michael Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite #104, Moosic, PA 18507-2161 |
| 16483376 | + | Email/Text: Bankruptcy@natfuel.com | Mar 06 2025 00:29:00 | National Fuel, 1100 State Street, P.O. Box 2081, Erie, PA 16512-2081 |
| 16483378 | + | Email/Text: Bankruptcy@natfuel.com | Mar 06 2025 00:29:00 | National Fuel, ATTN: Bankruptcy Dept., P.O. Box 2081, 1100 State Street, Erie, PA 16501-1912 |
| 16490866 | + | Email/PDF: cbp@omf.com | Mar 06 2025 02:19:10 | OneMain, ATTN: Bankruptcy, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 16490868 | + | Email/PDF: cbp@omf.com | Mar 06 2025 01:55:00 | OneMain Financial, ATTN: Bankruptcy, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 16490867 | + | Email/PDF: cbp@omf.com | Mar 06 2025 01:55:00 | OneMain Financial, ATTN: Bankruptcy, 6801 Colwell Blvd., Irving, TX 75039-3198 |
| 16490871 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 02:05:36 | Portfolio Recovery Associates LLC, ATTN: Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541 |
| 16483384 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 01:55:01 | PRA Receivables Management, LLC, ATTN: Akera Smith, Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541-1067 |

| Recipient ID | Code | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 16483383 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 02:18:57 | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16483380 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 01:55:10 | Portfolio Recovery Associates Inc., ATTN: Bankruptcy Dept., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 16483381 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 01:55:20 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16490874 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 02:30:14 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy, 150 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16483382 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 06 2025 02:05:36 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept., 120 Corporate Blvd., Riverside Commerce Center, Norfolk, VA 23502-4952 |
| 16483387 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 06 2025 00:28:00 | Progressive Insurance, ATTN: Bankruptcy, PO Box 6807, Cleveland, OH 44101-1807 |
| 16483386 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 06 2025 00:28:00 | Progressive Insurance, ATTN: Bankruptcy, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 16483385 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 06 2025 00:28:00 | Progressive Insurance, ATTN: Bankruptcy Dept., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16483388 | ^ | MEBN | Mar 06 2025 00:15:15 | Ratchford Law Group, 54 Glenmaura National Blvd., Suite #104, Moosic, PA 18507-2161 |
| 16483390 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2025 01:55:04 | Resurgent Acquisitions, ATTN: Bankruptcy, 6801 South Cimarron Street 424 N, Las Vegas, NV 89113-2273 |
| 16483392 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 01:55:04 | Resurgent Capital Services, ATTN: Bankruptcy, PO Box 10587, Greenville, SC 29603-0587 |
| 16483391 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 02:18:56 | Resurgent Capital Services, ATTN: Bankruptcy, 55 Beattie Place, Suite #110, MS #276, Greenville, SC 29601-5115 |
| 16483393 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2025 01:55:03 | SYNCB/Amazon, ATTN: Bankruptcy, PO Box 965015, Orlando, FL 32896-5015 |
| 16483394 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 06 2025 01:55:12 | SYNCB/Harbor Freight, ATTN: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16483397 | ^ | MEBN | Mar 06 2025 00:15:14 | TransUnion, ATTN: Bankruptcy, PO Box 2000, Chester, PA 19016-2000 |
| 16483396 | ^ | MEBN | Mar 06 2025 00:15:17 | TransUnion, ATTN: Bankruptcy, PO Box 1000, Crum Lynne, PA 19022 |
| 16483398 | ^ | MEBN | Mar 06 2025 00:15:16 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 16483400 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 06 2025 00:29:00 | UPMC, ATTN: Bankruptcy, Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 16490893 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 06 2025 00:29:00 | UPMC, Attn: Bankruptcy, 200 Lothro Street, Pittsburgh, PA 15213-2536 |
| 16490895 | + | Email/Text: BNCnotices@dcmservices.com | Mar 06 2025 00:28:00 | UPMC Community Medicine, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16483403 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 06 2025 00:29:00 | UPMC Physicians Services, ATTN: Bankruptcy, 201 State Street, Erie, PA 16550-0002 |
| 16483401 | + | Email/Text: BNCnotices@dcmservices.com | Mar 06 2025 00:28:00 | UPMC Physicians Services, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16490900 | | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 01:55:03 | Verizon, by American InfoSource LP as agent, |

Case 25-10027-CMB  Doc 33  Filed 03/07/25  Entered 03/08/25 00:28:23  Desc Imaged
Certificate of Notice  Page 10 of 12

| District/off: 0315-1 | User: auto | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Mar 05, 2025 | Form ID: pdf900 | Total Noticed: 109 |

| Recip ID | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 16490899 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 06 2025 00:28:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Springs, MO 63304-2225 |
| 16490902 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 06 2025 00:28:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 16490903 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 01:55:03 | Verizon Wireless, by American Infosource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16483404 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 06 2025 00:29:00 | West Penn Power, ATTN: Bankruptcy, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 16483405 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 06 2025 00:29:00 | West Penn Power/First Energy, ATTN: Bankruptcy Department, 6896 Miller Road, Brecksville, OH 44141-3222 |

TOTAL: 74

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 16490807 | *+ | Affirm, Inc., ATTN: Bankruptcy, 650 California Street, Floor #12, San Francisco, CA 94108-2716 |
| 16490808 | *+ | Attorney General of Pennsylvania, Western Regional Office, 1251 Watefront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 16490809 | * | Attorney General of the United States, U.S. Dept. of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 |
| 16490816 | *+ | Choicepoint, ATTN: Bankruptcy, 1000 Alderman Drive, Alpharetta, GA 30005-4101 |
| 16490817 | *+ | Countrywide Home Loans, ATTN: Bankruptcy, 1800 Tapo Canyon Rd, MS #SV-103, Simi Valley, CA 93063-6712 |
| 16490819 | *+ | Credit Collection Service, ATTN: Bankruptcy, PO Box 607, Norwood, MA 02062-0607 |
| 16490818 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 16490820 | *+ | David Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16490821 | *+ | Dept of Education/Nelnet, ATTN: Bankruptcy, PO Box 173904, Denver, CO 80217-3904 |
| 16490822 | *+ | Dept of Veterans Affairs, ATTN: Bankruptcy, PO Box 530269, Atlanta, GA 30353-0269 |
| 16490823 | * | Dept. of Education, Fed Loan Servicing, P.O. Box 530210, Atlanta, GA 30353-0210 |
| 16490824 | *+ | Dept. of Education/Advantage, ATTN: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490825 | *+ | Dept. of Education/Aidvantage, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16490826 | * | Dept. of Education/Aidvantage, ATTN: Bankruptcy, 1600 Tyson Boulevard, Greenville, TX 75403 |
| 16490828 | *+ | Dept. of Education/Navient, ATTN: Bankruptcy, PO Box 4450, Portland, OR 97208-4450 |
| 16490827 | *+ | Dept. of Education/Navient, ATTN: Bankruptcy, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 16490834 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, ATTN: Bankruptcy, 1550 Peachtree Street, NW, Atlanta, GA 30309 |
| 16490835 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 16490830 | *+ | Educational Credit Management Corp., ATTN: Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 16490831 | * | Elk County Regional Health Center, ATTN: Bankruptcy, 769 Johnsonsburg Road, Saint Marys, PA 15857 |
| 16490832 | *+ | Elk County Tax Claim Bureau, ATTN: Bankruptcy, 250 Main Street, PO Box 448, Ridgway, PA 15853-0448 |
| 16490833 | *+ | Elk County Tax Collector, ATTN: Bankruptcy, PO Box 70, Wilcox, PA 15870-0070 |
| 16490836 | *+ | Experian, ATTN: Bankruptcy, PO Box 2104, Allen, TX 75013-9504 |
| 16490837 | *+ | Experian, ATTN: Bankruptcy, PO Box 4500, Allen, TX 75013-1311 |
| 16490838 | *+ | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16490839 | *+ | Fred Newman, 9396 Route 949, Sigel, PA 15860-4014 |
| 16490840 | *+ | Holiday Financial Services, ATTN: Bankruptcy, 715 West 38th Street, Erie, PA 16508-2626 |
| 16490842 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, ATTN: Bankruptcy, 1000 Liberty Avenue, M/S #711B, Pittsburgh, PA 15222 |
| 16483353 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16490841 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16490843 | *+ | John R. Thomas, Esq., PO Box 82, 128 South Street, Ridgway, PA 15853-2014 |
| 16490844 | *+ | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 374, Wilcox, PA 15870-0374 |
| 16490845 | *+ | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, PO Box 25, Wilcox, PA 15870-0025 |
| 16490846 | * | Jones Township Municipal Authority, ATTN: Bankruptcy Dept, 320 Faries Street, Wilcox, PA 15870 |
| 16490848 | *+ | Kane Community Hospital, ATTN: Bankruptcy, 4372 State Route 6, Kane, PA 16735-3099 |
| 16490858 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, P.O. Box 1269, Greenville, SC 29602-1269 |

| | | |
|---|---|---|
| 16490854 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, Suite 600, 15 S. Main Street, Greenville, SC 29601-2768 |
| 16490855 | * | LVNV Funding LLC, 200 Meeting Street, Suite 206, Charlestown, SC 29401-3187 |
| 16490853 | *+ | LVNV Funding LLC, ATTN: Bankruptcy, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16490856 | *+ | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 16490857 | *+ | LVNV Funding LLC, ATTN: Bankruptcy Dept., 355 South Main Street, Suite #300-D, Greenville, SC 29601-2923 |
| 16490852 | *+ | LVNV Funding LLC, 15 S. Main Street, Suite 600, Greenville, SC 29601-2768 |
| 16490851 | *+ | LexisNexis Risk, ATTN: Bankruptcy, PO Box 105108, Atlanta, GA 30348-5108 |
| 16490860 | *+ | M&T Bank, ATTN: Bankruptcy/Legal Dept., 626 Commerce Drive, Buffalo, NY 14228-2391 |
| 16490862 | *+ | M&T Bank, ATTN: Bankruptcy Dept., PO Box 1508, Buffalo, NY 14240-1508 |
| 16490861 | *+ | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 16490859 | * | M&T Bank, ATTN: Bankruptcy Dept., 1 M&T Plaza, 8th Floor, Buffalo, NY 14203 |
| 16490863 | *+ | MERS, ATTN: Bankruptcy Dept., 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 16490864 | *+ | MERS, ATTN: Bankruptcy, 11819 Miami Street, Suite #100, Omaha, NE 68164-3687 |
| 16490865 | *+ | Michael Ratchford, Esq., Ratchford Law Group PC, 54 Glenmaura National Blvd, Suite #104, Moosic, PA 18507-2161 |
| 16490876 | *+ | PRA Receivables Management, LLC, ATTN: Akera Smith, Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 16490875 | *+ | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 16490869 | *+ | Peter & Shirley Biel, 4408 Wilcox Road, Wilcox, PA 15870-2216 |
| 16490870 | *+ | Portfolio Recovery Associates Inc., ATTN: Bankruptcy Dept., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 16490872 | *+ | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 16490873 | *+ | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept., 120 Corporate Blvd., Riverside Commerce Center, Norfolk, VA 23502-4952 |
| 16490879 | *+ | Progressive Insurance, ATTN: Bankruptcy, PO Box 6807, Cleveland, OH 44101-1807 |
| 16490878 | *+ | Progressive Insurance, ATTN: Bankruptcy, 5920 Landerbrook Drive, Cleveland, OH 44124-6506 |
| 16490877 | *+ | Progressive Insurance, ATTN: Bankruptcy Dept., 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16490880 | *+ | Ratchford Law Group, 54 Glenmaura National Blvd., Suite #104, Moosic, PA 18507-2161 |
| 16490881 | *+ | Ratchford Law Group , PC, 409 Lackawanna Avenue, Suite #320, Scranton, PA 18503-2087 |
| 16490882 | *+ | Resurgent Acquisitions, ATTN: Bankruptcy, 6801 South Cimarron Street 424 N, Las Vegas, NV 89113-2273 |
| 16490884 | *+ | Resurgent Capital Services, ATTN: Bankruptcy, PO Box 10587, Greenville, SC 29603-0587 |
| 16490883 | *+ | Resurgent Capital Services, ATTN: Bankruptcy, 55 Beattie Place, Suite #110, MS #276, Greenville, SC 29601-5115 |
| 16490885 | *+ | SYNCB/Amazon, ATTN: Bankruptcy, PO Box 965015, Orlando, FL 32896-5015 |
| 16490886 | *+ | SYNCB/Harbor Freight, ATTN: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16490887 | *+ | Thomas G. Wagner, Esq., 115 Lafayette Street, Saint Marys, PA 15857-1327 |
| 16490889 | *+ | TransUnion, ATTN: Bankruptcy, PO Box 2000, Chester, PA 19016-2000 |
| 16490888 | * | TransUnion, ATTN: Bankruptcy, PO Box 1000, Crum Lynne, PA 19022 |
| 16490890 | * | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 16490892 | *+ | UPMC, ATTN: Bankruptcy, Room 386, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 16490898 | *+ | UPMC Physicians Services, ATTN: Bankruptcy, 201 State Street, Erie, PA 16550-0002 |
| 16490896 | *+ | UPMC Physicians Services, ATTN: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16490897 | * | UPMC Physicians Services, ATTN: Bankruptcy Dept., P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 16490891 | *+ | United States of America, ATTN: IRS - Bankruptcy Dept., 700 Grant Street, Suite #4000, Pittsburgh, PA 15219-1956 |
| 16490905 | *+ | West Penn Power, ATTN: Bankruptcy, 5001 NASA Blvd., Fairmont, WV 26554-8248 |
| 16490906 | *+ | West Penn Power/First Energy, ATTN: Bankruptcy Department, 6896 Miller Road, Brecksville, OH 44141-3222 |

TOTAL: 1 Undeliverable, 77 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2025                        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Betty Corinne Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Karl William Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5