IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 25-10027-CMB |
| | : | |
| Karl William Krouse and | : | CHAPTER 13 |
| Betty Corinne Krouse, | : | |
|     Debtors. | : | |
| | : | |
| Karl William Krouse and | : | |
| Betty Corinne Krouse, | : | Related to Doc. No. 36 |
|     Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent, | | |
|     Respondent. | | |

## LOSS MITIGATION ORDER

A **Motion for Loss Mitigation** was filed by *Debtors, Karl William Krouse and Betty Corinne Krouse,* on March 27, 2025. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this __11th__ day of __April__, **2025**, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtors:    Karl William Krouse and Betty Corinne Krouse

Creditor/Servicer:   M&T Bank

(2)    **During the Loss Mitigation Period**, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $724.87 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtors shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    **Within fourteen (14) days of the Debtors' submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtors' review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    **Within sixty (60) days from the entry of this Order**, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

#01704000

(7)     **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b).*

(8)     **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)     Debtors shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

*Carlota M. Böhm*
dmr

FILED
4/11/25 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

#01704000