IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    :        BANKRUPTCY NO. 25-10027- CMB
                                          :
Karl William Krouse and                   :        CHAPTER 13
Betty Corinne Krouse,                     :
        Debtors.                          :
                                          :
Karl William Krouse and                   :
Betty Corinne Krouse,                     :        Related to Doc. No. 36
        Movants,                          :
                                          :
        v.                                :
                                          :
No Respondent,
        Respondent.

## LOSS MITIGATION ORDER

A **Motion for Loss Mitigation** was filed by *Debtors, Karl William Krouse and Betty Corinne Krouse,* on March 27, 2025.  The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

**AND NOW**, this __11th__ day of _April_____**, 2025**, it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtors:    Karl William Krouse and Betty Corinne Krouse

Creditor/Servicer:  M&T Bank

(2)    **During the Loss Mitigation Period**, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $724.87 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)    **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtors shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)    **Within fourteen (14) days of the Debtors' submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtors' review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)    **Within sixty (60) days from the entry of this Order**, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

#01704000

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtors shall **immediately** serve a copy of this Order on Creditor and file a certificate of service evidencing same.

*Carlota M. Böhm*

dmr

FILED
4/11/25 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

#01704000

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 25-10027-CMB

Karl William Krouse                                                                       Chapter 13

Betty Corinne Krouse
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Karl William Krouse, Betty Corinne Krouse, 4408 Wilcox Road, Wilcox, PA 15870-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Betty Corinne Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Karl William Krouse mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 11, 2025                       Form ID: pdf900                          Total Noticed: 1
TOTAL: 5