**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KARL WILLIAM KROUSE
    BETTY CORINNE KROUSE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
  No Respondents.

Case No.:25-10027

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/14/2025  and confirmed on 03/05/2025 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,511.97 |
| Less Refunds to Debtor | 140.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,371.97 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 262.31 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 262.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8616 | | | | |
|   M & T BANK | 0.00 | 4,109.66 | 0.00 | 4,109.66 |
|     Acct: 8616 | | | | |
|   M & T BANK | 51,129.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 8616 | | | | |
|   ELK COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JONES TOWNSHIP MUNICIPAL AUTHORIT | 7,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 4,109.66 |
| Priority | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARL WILLIAM KROUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARL WILLIAM KROUSE | 40.00 | 40.00 | 0.00 | 0.00 |
|     Acct: | | | | |

25-10027     **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**     Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| KARL WILLIAM KROUSE | 50.00 | 50.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARL WILLIAM KROUSE | 40.00 | 40.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARL WILLIAM KROUSE | 10.00 | 10.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL - A/K/A ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 4,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JONES TOWNSHIP (PERCAP) | 257.85 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8616 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 317.97 | 0.00 | 0.00 | 0.00 |
| Acct: 173G | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID NEWMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT OF VETERANS AFFAIRS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 12,219.85 | 0.00 | 0.00 | 0.00 |
| Acct: 6536 | | | | |
| ELK COUNTY REGIONAL HEALTH CENTEI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRED NEWMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6536 | | | | |
| KANE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 328.64 | 0.00 | 0.00 | 0.00 |
| Acct: 4604 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 318.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0051 | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 25-10027 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| | | | | |
|---|---|---|---|---|
| UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 5,630.08 | 0.00 | 0.00 | 0.00 |
| Acct: 9505 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PETER AND SHIRLEY BIEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                    4,109.66

TOTAL CLAIMED
PRIORITY                    907.85
SECURED                 58,629.46
UNSECURED            18.815.39

Date: 03/12/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com